168 So. 209

### John M. O'ROURKE v. CITY OF BIRMINGHAM.

#### 6 Div. 948.

Supreme Court of Alabama.

May 14, 1936.

Robert F. Proctor, of Birmingham, for petitioner.

W. J. Wynn and John S. Foster, both of Birmingham, for respondent.

BOULDIN, Justice.

Petition of John M. O'Rourke for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in O'Rourke v. City of Birmingham, 168 So. 206.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.